UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
August 17, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CRIMINAL NO. SA-22-CR-510-OLG |
| ) | |
| LAURA LIZBETH RIVERA RAMOS ) | |
| ) | |
| Defendant ) | |

## ORDER

On this date, the Court considered the report and recommendation of United States Magistrate Judge Richard B. Farrer (docket no. 40) and Defendant's objections thereto (docket no. 41). After reviewing the record and the applicable law, the Court finds that the Magistrate Judge's recommendation should be accepted.

It is therefore ORDERED that the Magistrate Judge's recommendation (docket no. 40) is ACCEPTED and Defendant's motion to suppress (docket no. 24) is DENIED for the reasons stated in the recommendation.

SIGNED this 17 day of August, 2023.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE